UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LEE,<br><br>           Petitioner,<br><br>    v.<br><br>MACOMBER,<br><br>           Respondent. | No. 2: 14-cv-1667 KJN P<br><br><br>ORDER |

  Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

  Petitioner did not sign his habeas corpus petition. Accordingly, the petition is dismissed and petitioner is granted thirty days to file a signed habeas corpus petition.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. Petitioner's motion to proceed in forma pauperis is granted;

  2. The petition is dismissed with thirty days to file a signed habeas corpus petition; and

////

1

3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition.

Dated: July 23, 2014

Lee1667.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE